UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 3 0 2010
Clerk, U.S. District and
Bankruptcy Courts

Rita Morris McKeeman,         )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No. 10-1466
                              )
U.S. Postal Service,          )
                              )
        Defendant.            )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint, which is accompanied by an application to proceed *in forma pauperis*. The Court will grant the application and will dismiss the case for lack of subject matter jurisdiction.

Plaintiff sues the United States Postal Service because allegedly she did not receive her certified mail receipts from Supreme Court Justices, President Obama and others. The Court lacks subject matter jurisdiction over a "claim arising out of loss, miscarriage, or negligent transmission of letters or postal matter." 28 U.S.C. § 2680(b). A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: August 16, 2010